March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Vahe Hovhannisyan Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-652 (__)(__)

Defendant __Vahe Hovhannisyan__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel
- [X] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Vahe Hovhannisyan
Print Defendant's Name

_____
Defense Counsel's Signature

Harvey Fishbein
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/22/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge