```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

VAHE HOVHANNISYAN,

                Defendant.

**20 Crim. 652 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Court grants the parties' request for a two-week adjournment, until September 30, 2022, for the parties to file letters that describe any pretrial motions they intend to file and the basis for those motions.

**SO ORDERED.**

Dated:    September 16, 2022
            New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.