```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :      **ORDER**
                                    :
    -v.-                            :      S3 20 Cr. 652 (VM)
                                    :
VAHE HOVANNISYAN,                   :
                                    :
            Defendant.              :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - x

       WHEREAS, with the consent of defendant Vahe Hovannisyan, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 14, 2022;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is set for April 21, 2023 at 1:00 p.m.

SO ORDERED.

Dated:   New York, New York
         January 13, 2023

                                 _____
                                 HONORABLE VICTOR MARRERO
                                 UNITED STATES DISTRICT JUDGE