```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

                Plaintiff,

     - against -

VAHE HOVHANNISYAN,

                Defendant.

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant's sentencing currently scheduled for April 14, 2023 is hereby adjourned to June 2, 2023 at 2:00 p.m.

**SO ORDERED.**

Dated:    2 March 2023
            New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.