UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

   - against -

VAHE HOVHANNISYAN,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/24/2023

**20 Crim. 652 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

Defendant's request to file his sentencing submission under seal is **GRANTED,** in part. Defendant is respectfully directed to file the submission via ECF with narrowly drawn redactions, removing any problematic portions of the filing. Defendant shall provide an unredacted copy directly to the Court and the Government, which shall be filed under seal.

The Court also directs Defendant to file the sealing request, dated May 24, 2023, via ECF with narrowly drawn redactions, removing any problematic portions of the filing. The unredacted version shall be filed under seal.

**SO ORDERED.**

Dated:    May 24, 2023
            New York, New York

                                            _____
                                            Victor Marrero
                                              U.S.D.J.